ORIGINAL

**BLOCK O'TOOLE & MURPHY, LLP**
ATTORNEYS AT LAW

One Penn Plaza, Suite 5315
New York, NY 10119
Tel: (212) 736-5300  Fax: (212) 971-9840

www.blockotoole.com

New Jersey Office
50 Millstone Road
Building 300, Suite 202
New Windsor, NJ 08520

**MEMO ENDORSED**

> Counsel are to agree upon, and propose to the Court, a convenient date in a month or six weeks. "Assistance" is too vague. If specific problems arise, raise them by letter.
>
> LLS
> 6/25/20

**Partners**
Jeffrey A. Block
Daniel P. O'Toole
Stephen J. Murphy
S. Joseph Donahue
David L. Scher
Scott Occhiogrosso

**Senior Counsel**
Frederick C. Aranki
Michael I Hurwitz

**Associates**
Christina R. Mercado *
Daniel Seiden
Ameer Benno
Pawel P. Wierzbicki
Kristian Krober

**Of Counsel**
George A. Freitag
Javier A. Solano
Edward V. Sapone
Thomas D. Gearon

June 17, 2020

Honorable Justice Louis L. Stanton
500 Pearl Street, CT, 21C
New York, New York 10007

Re: Joseph Gonzalez v. 71 Fifth Ground Lessor, et, al.
Case # 1:18-cv-08122-KPF
Michael Morales v. 71 Fifth Ground Lessor, et, al.
Case # 1:18-cv-0840-LLS
D/A: June 28, 2018
Our File Nos. 4342/4343

Dear Honorable Justice Stanton:

The undersigned represents the Plaintiffs, Joseph Gonzalez and Michael Morales, with regard to this matter. Counsel for the Defendants and Third-Party Defendants are copied on this letter. We currently have a Status Conference on this case scheduled for June 19, 2020. I have spoken with Bruce Young who represents Defendant, Centennial Elevator Industries, Inc. Mr. Young advised me that he spoke with Chambers and was advised that the Court will adjourn this conference for 30-45 days. Please provide a new date for a Status Conference at the Court's earliest convenience. Please also advise if this conference will be held remotely.

As the parties still have further discovery that needs completing, I would request a conference date for as soon as possible to be held with the Court via Skype for Business (or other remote method). Our goal is to proceed with and complete discovery as expeditiously as possible and would very much appreciate the Court's assistance in this regard.

Thank you for attention to this matter.

Respectfully submitted,

FREDERICK C. ARANKI

FCA/mh
Enclosures

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/20

cc:
Barry McTiernan & Moore
Attorney for Defendant
71 FIFTH GROUND LESSOR
101 Greenwich Street #14
New York, NY 10006

Barlett LLP
Attorney for Defendant
MC 71 FIFTH AVENUE REALTY LLC
711 Westchester Avenue, Suite 405
White Plains, NY 10604

Babchik & Young, LLP
Attorney for Defendant
Centennial Elevator Industries, Inc.
245 Main Street, Suite 330
White Plains, NY 10601

Kaufman Dolowich & Voluck, LLP
Attorney for Defendants
LSL Construction Services, Inc.
40 Exchange Place, 20th Floor
New York, NY 10005

Law Office of James J. Toomey
Attorney for Defendants
CRAVEN MANAGEMENT CORPORATION
CRAVEN CORPORATION
P.O. Box 2903
Hartford, CT 06104

CULLEN AND DYKMAN, LLP
Attorney for Third-Party Defendant
Otek Builders, LLC
44 Wall Street
New York, New York 10005

---

*Senior Associate, Appellate and Motion Practice