UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U... NY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/18/21__

MICHAEL MORALES,

                    Plaintiff,

        - against-

71 FIFTH GROUND LESSOR LLC, SAMCO
PROPERTIES, INC., SAMCO PROPERTIES,
LLC, CENTENNIAL ELEVATOR
INDUSTRIES, INC., AND LSL
CONSTRUCTION SERVICES, INC.,

                    Defendants.

18 Civ. 8040 (LLS)

**ORDER**

JOSEPH GONZALEZ,

                    Plaintiff,

        - against-

71 FIFTH GROUND LESSOR LLC, SAMCO
PROPERTIES, INC., SAMCO PROPERTIES,
LLC, CENTENNIAL ELEVATOR INDUSTRIES,
INC., AND LSL CONSTRUCTION SERVICES,
INC., CRAVEN CORPORATION, AND CRAVEN
MANAGEMENT CORPORATION, MC 71 FIFTH
AVENUE REALTY LLC

                    Defendants.

18 Civ. 8122 (LLS)

     A Status Conference will be held in this case at 12:30 PM
on Friday, April 9, 2021 in preparation for the submission of
the Joint Pre-trial Order. The conference will be held by
telephone on the following conference line: (877)-873 - 8017,
access code 6143119.

     By Monday, April 5, the parties are to jointly prepare,
sign and submit a list stating what each party believes are the
tasks that remain to be completed between now and trial and
their proposed deadlines.

     So ordered.

Dated:   New York, New York
         March 18, 2021

                                    _Louis L. Stanton_
                                    Louis L. Stanton
                                    U.S.D.J.