ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MORALES,

           Plaintiff,

- against-

71 FIFTH GROUND LESSOR LLC, SAMCO PROPERTIES, INC., SAMCO PROPERTIES, LLC, CENTENNIAL ELEVATOR INDUSTRIES, INC., AND LSL CONSTRUCTION SERVICES, INC.,

           Defendants.

18 Civ. 8040 (LLS)

**ORDER**

JOSEPH GONZALEZ,

           Plaintiff,

- against-

71 FIFTH GROUND LESSOR LLC, SAMCO PROPERTIES, INC., SAMCO PROPERTIES, LLC, CENTENNIAL ELEVATOR INDUSTRIES, INC., AND LSL CONSTRUCTION SERVICES, INC., CRAVEN CORPORATION, AND CRAVEN MANAGEMENT CORPORATION, MC 71 FIFTH AVENUE REALTY LLC

           Defendants.

18 Civ. 8122 (LLS)

    A Status Conference will be held in this case at 12:30 PM on Friday, July 16, 2021 at 500 Pearl Street, New York, N.Y 10007 in Courtroom 21C.

    So ordered.

Dated:    New York, New York
          April 9, 2021

                                    *Louis L. Stanton*
                                  Louis L. Stanton
                                       U.S.D.J.