USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MORALES,

                Plaintiff,

- against-

71 FIFTH GROUND LESSOR LLC, SAMCO PROPERTIES, INC., SAMCO PROPERTIES, LLC, CENTENNIAL ELEVATOR INDUSTRIES, INC., AND LSL CONSTRUCTION SERVICES, INC.,

                Defendants.

18 Civ. 8040 (LLS)

**ADMINISTRATIVE ORDER NO. 1**

JOSEPH GONZALEZ,

                Plaintiff,

- against-

71 FIFTH GROUND LESSOR LLC, SAMCO PROPERTIES, INC., SAMCO PROPERTIES, LLC, CENTENNIAL ELEVATOR INDUSTRIES, INC., AND LSL CONSTRUCTION SERVICES, INC., CRAVEN CORPORATION, AND CRAVEN MANAGEMENT CORPORATION, MC 71 FIFTH AVENUE REALTY LLC

                Defendants.

18 Civ. 8122 (LLS)

As discussed at pages 19-20, 24-25 of the transcript of the July 16, 2021 conference,

    1. Any party with a presently existing asserted claim, crossclaim or counterclaim against any other party shall file, within the next 30 days, a statement sufficient to serve as the party's statement in a brief or final pretrial order, stating precisely the nature of that claim, the facts supporting it, and the legal arguments which support it, with detail enough to define its elements and their proof. The purpose is to inform the

party being sued of precisely what the claim is and by what facts it will be proved.

2. Any party hereafter asserting a claim, crossclaim or affirmative defense against any party must file, contemporaneously with that claim or affirmative defense, a similar statement.

So Ordered.

Dated:   New York, New York
         September 10, 2021

                                    _Louis L. Stanton_
                                    Louis L. Stanton
                                    U.S.D.J.