UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  7/21/22
```

MICHAEL MORALES,

                        Plaintiff,

        - against-

71 FIFTH GROUND LESSOR LLC, SAMCO
PROPERTIES, INC., SAMCO PROPERTIES,
LLC, CENTENNIAL ELEVATOR
INDUSTRIES, INC., AND LSL
CONSTRUCTION SERVICES, INC., MC 71
FIFTH AVENUE REALTY LLC,

                        Defendants.

18 Civ. 8040 (LLS)

**ORDER**

JOSEPH GONZALEZ,

                        Plaintiff,

        - against-

71 FIFTH GROUND LESSOR LLC, MC 71
FIFTH AVENUE REALTY LLC, SAMCO
PROPERTIES, LLC., CENTENNIAL ELEV A
TOR INDUSTRIES INC., LSL
CONSTRUCTION SERVICES INC.,
AND CRAVEN MANAGEMENT CORPORATION

                        Defendants.

18 Civ. 8122 (LLS)

        The parties seek clarification on the Court's contemplated
trial date in this case. In response to their July 20, 2022
joint letter, the following schedule shall govern the remainder
of the case leading up to trial:

    1. Plaintiffs' draft pre-trial order shall be served on
       defendants by Wednesday, November 30, 2022.

    2. The joint pre-trial order shall be submitted to the Court
       by Monday, December 12, 2022.

    3. The final pre-trial conference will be held at 12:30 P.M.
       on Friday, December 16, 2022. The trial date will be set

at the conference, if possible, to take place in

December, but in any event, to be adjourned if any party

makes a summary judgment motion.

    So Ordered.

Dated:    New York, New York
          July 21, 2021

                                              Louis L. Stanton
                                                U.S.D.J.