ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL MORALES,

           Plaintiff,

  - against-

71 FIFTH GROUND LESSOR LLC, SAMCO
PROPERTIES, INC., SAMCO PROPERTIES,
LLC, CENTENNIAL ELEVATOR
INDUSTRIES, INC., AND LSL
CONSTRUCTION SERVICES, INC., MC 71
FIFTH AVENUE REALTY LLC,

           Defendants.

18 Civ. 8040 (LLS)

**ORDER**

---

JOSEPH GONZALEZ,

           Plaintiff,

  - against-

71 FIFTH GROUND LESSOR LLC, MC 71
FIFTH AVENUE REALTY LLC, SAMCO
PROPERTIES, LLC., CENTENNIAL ELEV A
TOR INDUSTRIES INC., LSL
CONSTRUCTION SERVICES INC.,
AND CRAVEN MANAGEMENT CORPORATION

           Defendants.

18 Civ. 8122 (LLS)

---

    On consent, plaintiffs' claims against defendant 71 Fifth Ground Lessor LLC are dismissed with prejudice.

So ordered.

Dated:   New York, New York

December 19, 2022

*Louis L. Stanton*

LOUIS L. STANTON

U.S.D.J.