ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/19/22
```

MICHAEL MORALES,

                              Plaintiff,

        - against-                                      18 Civ. 8040 (LLS)

71 FIFTH GROUND LESSOR LLC, SAMCO
PROPERTIES, INC., SAMCO PROPERTIES,              **ORDER**
LLC, CENTENNIAL ELEVATOR
INDUSTRIES, INC., AND LSL
CONSTRUCTION SERVICES, INC., MC 71
FIFTH AVENUE REALTY LLC,

                              Defendants.

JOSEPH GONZALEZ,

                              Plaintiff,

        - against-                                      18 Civ. 8122 (LLS)

71 FIFTH GROUND LESSOR LLC, MC 71
FIFTH AVENUE REALTY LLC, SAMCO
PROPERTIES, LLC., CENTENNIAL ELEV A
TOR INDUSTRIES INC., LSL
CONSTRUCTION SERVICES INC.,
AND CRAVEN MANAGEMENT CORPORATION

                              Defendants.

        On or before Wednesday April 12, 2023 the parties

shall submit to the Court a Joint Pretrial Order prepared in

accordance with this Court's Individual Practices section 4A.

A final pretrial conference will be held Friday, April 14, 2023 at 12:00 noon.

Dated:   New York, New York
         December 19, 2022

_____ Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.