ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MORALES,

               Plaintiff,

- against-

71 FIFTH GROUND LESSOR LLC, MC 71
FIFTH AVENUE REALTY LLC, SAMCO
PROPERTIES, LLC., CENTENNIAL
ELEVATOR INDUSTRIES INC., LSL
CONSTRUCTION SERVICES INC.,
AND CRAVEN MANAGEMENT CORPORATION,

               Defendants.

18 Civ. 8040 (LLS)

ORDER

JOSEPH GONZALEZ,

               Plaintiff,

- against-

71 FIFTH GROUND LESSOR LLC, MC 71
FIFTH AVENUE REALTY LLC, SAMCO
PROPERTIES, LLC., CENTENNIAL
ELEVATOR INDUSTRIES INC., LSL
CONSTRUCTION SERVICES INC.,
AND CRAVEN MANAGEMENT CORPORATION,

               Defendants.

18 Civ. 8122 (LLS)

     The stay issued on May 15, 2023 is lifted to allow the parties to submit and respond to motions for summary judgment. Craven Management shall file its motion for summary judgment by July 7, 2023. All oppositions shall be filed by August 8, 2023. All replies shall be filed by September 5, 2023.

     So Ordered.

Dated:    New York, New York
           June 14, 2023

                                                Louis L. Stanton
                                                U.S.D.J.