**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL MORALES, | | |
| Plaintiff, | | |
| - against - | | 18 Civ. 8040 (LLS) |
| 71 FIFTH GROUND LESSOR LLC, SAMCO PROPERTIES, INC., SAMCO PROPERTIES, LLC, CENTENNIAL ELEVATOR INDUSTRIES, INC., AND LSL CONSTRUCTION SERVICES, INC., MC 71 FIFTH AVENUE REALTY LLC, | | ORDER |
| Defendants. | | |
| | | |
| JOSEPH GONZALEZ, | | |
| Plaintiff, | | |
| - against- | | |
| 71 FIFTH GROUND LESSOR LLC, MC 71 FIFTH AVENUE REALTY LLC, SAMCO PROPERTIES, LLC., CENTENNIAL ELEVATOR INDUSTRIES INC., LSL CONSTRUCTION SERVICES INC., CRAVEN CORPORATION, AND CRAVEN MANAGEMENT CORPORATION, | | 18 Civ. 8122 (LLS) |
| Defendants. | | |

The Court having been informed that this action has been settled, it is

ORDERED, that this action is dismissed with prejudice; provided, however, that within thirty days of the date of this

Order either party may apply by letter for restoration of the action to the Court's calendar.

So Ordered.

Dated:  New York, New York
        August 31, 2023

                                    _Louis L. Stanton_
                                    LOUIS L. STANTON
                                    U.S.D.J.